IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETEVILLE DIVISION

LETRELL DEVONTE LEWIS                                              PLAINTIFF

V.                                  CASE NO. 5:25-CV-5252

TAYLOR ELKINS; RACHEL AKE; SETH PINNER;
RANDALL SCHWAB; KELLEY HINLEY; TANYA;
KARAS CORRECTIONAL HEALTH;
and SERGEANT RAMOS                                               DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation (Doc. 16) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening:

- Claims 1 and 3 of Plaintiff's Complaint are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted; and

- Defendants Rachel Ake, Randall Schwab, Kelley Hinley, Tanya, Karas Correctional Health, and Sergeant Ramos, against whom Claims 1 and 3 were brought, are also **DISMISSED** from the case.

This leaves for later resolution Claim 2 of Plaintiff's Complaint against Defendants Taylor Elkins and Seth Pinner regarding excessive force. By separate order the Complaint will be served on those two Defendants, and the case remains **REFERRED TO THE MAGISTRATE JUDGE**.

**IT IS SO ORDERED** on this 7th day of April, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE